IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARNOLD McELROY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DIAMOND INDUSTRIAL | : | |
| SERVICES, INC., et al. | : | NO. 15-5707 |

## ORDER

AND NOW, this 7th day of April, 2017, upon consideration of the pleadings and record herein, and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter dated March 16, 2017, and NO objection thereto, it is hereby

## ORDERED

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Motion to Vacate the Court's Order Dated February 3, 2017 and to Enforce Settlement of Arnold McElroy (Doc. 30) is **GRANTED IN PART** and **DENIED IN PART**.[3]

3. **JUDGMENT** shall be **ENTERED** in the amount of Four Million Four Hundred Thousand Dollars ($4,400,000) in favor of plaintiff, Arnold McElroy, and against

---

[3] The motion is granted insofar as judgment be entered in favor of plaintiff and against defendant. The motion is denied insofar as it seeks to vacate this court's dismissal order and reactivate the case.

defendant, Diamond Industrial Services, Inc., plus pre-judgment interest of six percent (6%) from February 21 2017.

BY THE COURT:

_____
EDUARDO C. ROBRENO,      J.